NOTICE OF REMOVAL

# EXHIBIT B

**Notice of Filing of Notice of Removal**

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

Case No. CACE-25-009288

STEPHEN MCWILLIAM, individually
and on behalf of all other similarly situated,

       Plaintiff,

vs.

SUCCESS LENDING, LLC,

       Defendant.

_____/

### **NOTICE OF FILING NOTICE OF REMOVAL**

TO:    THE CLERK OF THE COURT
       BROWARD COUNTY, FLORIDA

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, Defendant, Success Lending, LLC, hereby gives written notice that a Notice of Removal of the above-captioned action from this Court to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, was filed on July 30, 2025, in said United States District Court. Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded." A copy of the Notice of Removal, without exhibits, is attached hereto as **Exhibit A.**

Dated: July 30, 2025

**MCGUIREWOODS LLP**

*/s/ Emily Y. Rottmann*
Emily Y. Rottmann
Florida Bar No. 93154
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (fax)
erottmann@mcguirewoods.com
flservice@mcguirewoods.com

*Attorneys for Defendant Success Lending, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2025, a true and correct copy of the foregoing was

served via e-mail on the following counsel:

EGGNATZ PASCUCCI
Joshua H. Eggnatz, Esq.
Florida Bar No. 67926
Michael J. Pascucci, Esq.
Florida Bar No. 83397
7450 Griffin Road, Suite 230
Davie, FL 33314
(954) 889-3359
(954) 889-5913 (fax)
JEggnatz@JusticeEarned.com
MPascucci@JusticeEarned.com
SGizzie@JusticeEarned.com

LEHRMAN LAW
Seth M. Lehrman, Esq.
Florida Bar No. 132896
6501 Park of Commerce Blvd., Suite 253
Boca Raton, FL 33487
(754) 778-9660
Seth@Lehrmanlaw.com

*Attorneys for Plaintiff Stephen McWilliam and Class*

*/s/ Emily Y. Rottmann*
Attorney

2