UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61535-CIV-DIMITROULEAS

STEPHEN MCWILLIAM,

Plaintiff,

v.

SUCCESS LENDING, LLC,

Defendant.

______________________________________________/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement [DE 10], filed herein on October 2, 2025. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Success Lending LLC's Motion to Dismiss [DE 6] is **DENIED AS MOOT**; and
2. Parties shall file dismissal documents by October 13, 2025. *See* [DE 5] (requiring parties to file dismissal documents within 10 days of a notice of settlement).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record